HERNÁNDEZ *v*. CUASCU.

APPEAL from the District Court of Mayagüez.

No. 320.—Decided November 19, 1908.

APPEAL—CERTIFIED RECORD.—In accordance with the provisions of section 302 of the new Code of Civil Procedure, copies of documents presented on appeal must be certified to by the secretary of the district court or by counsel.

ID.—CERTIFICATE BY ONE PARTY—DISMISSAL.—In accordance with the foregoing documents where a party appears in his own behalf without counsel, he cannot certify to the copies of documents presented on appeal, but in such a case, the secretary of the trial court should make this certificate.

The facts are stated in the opinion.

*Whereas,* the District Court of the Judicial District of Mayagüez, rendered judgment in the above entitled case, under date of August 11 of the present year, holding that the plaintiff, Augustín Hernández Mena has no right to appear before said court to argue the cases prosecuted by him therein.

and setting forth in the said decision that, as it will not prejudice Hernández, if he so wishes, the trial will be continued and he will be granted a sufficient time within which to obtain the services of an attorney to represent him in the case.

*Whereas,* Augustín Hernández Mena took an appeal from the said decision to this Supreme Court and filed a copy of the record certified to by himself;

*And whereas,* the Code of Civil Procedure in its section 302, provided that declarations filed on appeal must be certified by the secretary of the district court, or by counsel, and that, in the present case, it cannot be maintained that the appellant is without an attorney because in that case, the secretary of the trial court should have made the certificate, in order strictly to comply with that legal provision;

*Therefore,* in view of the provisions of the Code of Civil Procedure above cited, and rule 64 of this court, the hearing set for this case for tomorrow morning is left without effect and the appeal is dismissed with the costs against the appellant, and it is ordered that this decision be comunicated to the trial court and the party in interest, for the proper purpose.

*Dismissed.*

Justices Hernández, Figueras, MacLeary and Wolf concurred.

Mr. Chief Justice Quiñones did not take part in the decision of this case.